# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BUCK R. BOX, Individually, and as Special Administrator of the estate of MARY BOX, deceased, STEPHANIE BOX, RENEE BOX and ANTHONY BOX as the Natural Heirs of the Deceased** | ) ) ) ) ) ) ) |
| **Plaintiffs** | ) ) |
| v. | ) Case No. ) |
| **UNITED STATES of America; United States DEPARTMENT OF HEALTH & HUMAN SERVICES; COMMUNITY HEALTH Center of Southeast Kansas; and MICHAEL FORBES, APRN** | ) ) ) ) ) |
| **Defendants.** | ) |

## COMPLAINT
## (Federal Tort Claims Act)

**COME NOW** the Plaintiffs, Buck Box, Individually, and as the Special Administrator of the Estate of Mary Box, deceased, and Stephanie Box, Renee Box and Anthony Box, as the natural born children and heirs at law of Mary Box, deceased, and for their cause of action against The United States of America, The United States Department of Health & Human Services, Community Health Center of Southeast Kansas, and Michael Forbes, APRN, under the Federal Tort Claims Act for the bodily injury and wrongful death of decedent Mary Box, state and allege as follows:

## PARTIES

1.      Plaintiff Buck Box is an individual residing in Columbus, Cherokee County, Kansas.

2.      Plaintiff Stephanie Box is an individual residing in Columbus, Cherokee County,

1

Kansas.

3. Plaintiff Renee Box is an individual residing in Frontenac, Crawford County, Kansas.

4. Plaintiff Anthony Box is an individual residing in Columbus, Cherokee County, Kansas.

5. Defendant, the United States of America, through its co-defendant the Department of Health & Human Services owns the Community Health Center of Southeast Kansas, the contracted physicians and employees of which are deemed to be employees of the United States government and the Department of Health & Human Services for the purposes of the Federal Tort Claims Act. Under the Federal Rules of Civil Procedure 4(i) to serve the United States, a party must deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought. Service can be made on U.S. Attorney for the District of Kansas, Stephen R. McAllister at his main office located at 500 State Avenue, Suite 360, Kansas City, Kansas 66101.

6. Defendant, the United States Department of Health & Human Services (hereinafter Department of Health & Human Services) is a federal agency and possesses responsibility for creating and running the Community Health Center of Southeast Kansas and service may be made on the U.S. Attorney for the District of Kansas, Stephen R. McAllister at his main office located at 500 State Avenue, Suite 360, Kansas City, Kansas 66101.

7. Defendant, Community Health Center of Southeast Kansas, Inc. (hereinafter Community Health), is a health care clinic named by the United States government through the Department of Health & Human Services. Service can be made by serving Daniel S. Creitz, the company's registered agent located at 3015 North Michigan Street, Pittsburg, Kansas 66762.

8. Defendant Michael Forbes, APRN is a nurse practitioner working at Community Health can be served personally at his place of business, Community Health, located at 120 West Pine, Columbus, Kansas 66725.

## JURISDICTION AND VENUE

9. This Court has original exclusive jurisdiction under the Federal Tort Claims Act pursuant to 28 U.S.C § 1346(b), 2401(b), 2671-2680.

10. Venue is proper in this Court under 28 U.S.C. § 1391(e) because all the events causing the personal injury and wrongful death of Mary Box occurred in this District.

## FACTS

11. Decedent Mary Box presented herself to Mercy Hospital emergency department on November 12, 2016, with unrelenting headaches, light-headedness, diaphoresis, nausea, and markedly elevated blood pressure. Medications were administered to lower her blood pressure. No radiological scans were conducted, no were diagnostic tests performed. She was discharged to her home the same day. No other testing or referrals were made.

12. At all times relevant hereto, Michael Forbes, APRN, was an employee of Community Health Center of Southeast Kansas) working in the course and scope of his employment, and as such Defendant, Community Health, is responsible for his actions under the doctrine of Respondeat Superior.

13. On November 16, 2017, Mary Box was seen by Michael Forbes, APRN at Community Health. She presented symptoms consisting of ongoing headaches, in addition to elevated blood pressure, stabbing pain, blurred vision, shaking, sweating, nausea and passing out. Mary Box expressed that she had no history of similar symptoms or migraine headaches. She was

3

prescribed 25mg of Phenergan and 30 mg of Toradol. No other testing or referrals were made to determine the origin of her persistent headaches.

14. On November 17, 2017, Mary Box returned to Community Health complaining of the same symptoms—a severe headache, nausea, vomiting, and high blood pressure. She was prescribed 300 mg of Clindamycin HCl Capsules by Michael Forbes, APRN. Once again, no other testing or referrals were made.

15. On November 26, 2017, Mary Box was brought to the emergency room of Mercy Hospital in Joplin, Missouri, after passing out in her vehicle. A CT scan of her head was performed which revealed intracranial hemorrhage, intracranial aneurysm, and subarachnoid hemorrhage. She was then transferred to Mercy Hospital in Springfield, Missouri for a higher level of care.

16. Once transferred to Mercy Hospital in Springfield, Missouri, Mary Box was unconscious with fixed and dilated pupils. Testing showed that Decedent was suffering from acute respiratory failure and hypoxia and would likely remain in a prolonged vegetative state. Final diagnoses included subarachnoid hemorrhage and prolonged coma. Mary Box passed away on November 27, 2016.

17. The failure of Defendant Michael Forbes, APRN, and the employees of the Community Health Center of Southeast Kansas to recognize the signs and symptoms of an intracranial and/or subarachnoid hemorrhage caused the death of Mary Box.

18. To comply with 28 U.S.C.A. § 2675(a) and ensure the federal court has subject matter jurisdiction over the claims, on August 3, 2017, Plaintiffs exhausted their administrative remedies and properly filed a timely claim under the Federal Tort Claims Act to the appropriate federal agency, the Department of Health & Human Services.

19. On May 30, 2018, Plaintiffs received a letter from the Department of Health &

Human Services denying their claims and inviting them to file suit against the United States in the appropriate federal district court within six (6) months from the date of that letter. Plaintiffs have timely complied.

## COUNT I
### Survival Action

The allegations of paragraphs one (1) through nineteen (19) are realleged and incorporated herein by reference:

20.  Without limiting a general allegation of negligence, on the part of the defendants, Michael Forbes, APRN, and the other employees of Community Health which operates under the Department of Health & Human Services of the United States Government, Plaintiffs specifically allege Defendant Michael Forbes, APRN and the other employees failed to possess and exercise the degree of skill and learning possessed by other member of their profession in one, more, or all of the following particulars, to wit:

   a.   Failing to perform intracranial imaging for a sudden unexplained headache;

   b.   Failing to diagnose the cerebral aneurysm;

   c.   Failing to refer her to a facility or hospital that could have performed the testing and treatment necessary to diagnose the cerebral aneurysm that caused her death.

21.  As the direct and proximate result of the negligence of the Defendants, Decedent, Mary Box, sustained damages for conscious pain and suffering between the time of injury and death; loss of enjoyment of life; mental distress, emotion anguish, the untimely loss of her life, loss of earnings, medical bills, and other related expenses pursuant to K.S.A. 60-1801 et seq. the applicable statute for damages under Kansas law.

## COUNT II
## Wrongful Death

The allegations of paragraphs one (1) through twenty-one (21) are realleged and incorporated herein by reference:

22. As the direct and proximate result of the negligence of the Defendants, Plaintiffs Buck R. Box, Stephanie Box, Renee Box, and Anthony Box, have been caused to lose the services, consortium, companionship, comfort, instruction, guidance, counsel, training, support, love and affection of their wife and mother, Decedent Mary Box, pursuant to K.S.A. 60-1901 et seq., the applicable statute for wrongful death damages under Kansas law.

WHEREFORE, Plaintiffs pray for judgment against Defendants, the United States of America, The United States Department of Health & Human Services, Community Health Center for Southeast Kansas, and Michael Forbes, APRN, for damages in excess of $75,000.00, costs of this action, and for such further and other relief as the Court deems just and equitable.

Respectfully submitted,

/s/ Kala Spigarelli
KALA SPIGARELLI #14857
THE SPIGARELLI LAW FIRM
515 N. Broadway
Pittsburg, KS  66762
(620) 231-1290  Fax: 232-6650
***ATTORNEY FOR PLAINTIFFS***

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates Kansas City, Kansas as the location for the trial in this matter

             /s/ Kala Spigarelli
            KALA SPIGARELLI #14857